1  JEFFREY A. KONCIUS (SBN 189803)
   KIESEL + LARSON, LLP
2  8648 Wilshire Boulevard
   Beverly Hills, California 90211
3  Telephone: 310-854-4444
   Facsimile: 310-854-0812
4  koncius@kbla.com

5

6  ROSE LUZON (SBN 221544)
   SHEPHERD, FINKELMAN, MILLER
7  & SHAH, LLP
   401 West A Street, Suite 2350
8  San Diego, CA 92101
   Telephone: (619) 235-2416
9  Facsimile: (619) 234-7334
   rluzon@sfmslaw.com

10 Attorneys for Plaintiffs and the Proposed Class

11 [Additional Counsel Listed on Signature Page]

12              IN THE UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
13

14 Salvatore Amata and Daniel              ) CASE NO. EDCV12-168-VAP (SPx)
   Walker, On Behalf of Themselves         )
15 And All Others Similarly Situated,      ) CLASS ACTION
                                           )
16                                         )
                      Plaintiffs,          ) NOTICE OF DISMISSAL
17         v.                              ) PURSUANT TO RULE 41(a)
                                           )
18 Toyota Motor Sales, U.S.A., Inc. and    )
   Toyota Motor Corporation,               )
19                                         )
                      Defendants.          )
20 _____ )

JS-6

IT IS SO ORDERED
DATE May 8 2013

_____
U.S. DISTRICT COURT JUDGE

1   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs,
2 Salvatore Amata and Daniel Walker, voluntarily dismiss this action with
3 prejudice.

4 Dated: May 6, 2013                 By:    /s/ Jeffrey A. Koncius
                                            JEFFREY A. KONCIUS (SBN 189803)
5                                           KIESEL + LARSON, LLP
                                            8648 Wilshire Boulevard
6                                           Beverly Hills, California 90211
                                            Telephone: 310-854-4444
7                                           Facsimile: 310-854-0812
                                            koncius@kbla.com
8
                                            ROSE LUZON (SBN 221544)
9                                           SHEPHERD, FINKELMAN, MILLER
                                            & SHAH, LLP
10                                          401 West A Street, Suite 2350
                                            San Diego, CA 92101
11                                          Telephone: (619) 235-2416
                                            Facsimile: (619) 234-7334
12                                          rluzon@sfmslaw.com

13                                          JAMES C. SHAH (SBN 260435)
                                            NATALIE FINKELMAN BENNETT
14                                          SHEPHERD, FINKELMAN, MILLER
                                            & SHAH, LLP
15                                          35 East State Street
                                            Media, PA 19063
16                                          Telephone: (610) 891-9880
                                            Facsimile: (610) 891-9883
17                                          jshah@sfmslaw.com
                                            nfinkelman@sfmslaw.com
18
                                            JAMES E. MILLER (SBN 262553)
19                                          KAREN LESER-GRENON (SBN 231189)
                                            SHEPHERD, FINKELMAN, MILLER
20                                          & SHAH, LLP
                                            65 Main Street
21                                          Chester, CT 06412
                                            Telephone: (860) 526-1100
22                                          Facsimile: (860) 526-1120
                                            jmiller@sfmslaw.com
23                                          kleser@sfmslaw.com

24                                          Attorneys for Plaintiffs and
                                            the Proposed Classes
25
26
27
28

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2013, a copy of the foregoing document was filed electronically through the Court's CM/ECF System. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 6, 2013, at San Diego, California.

Dated: May 6, 2013

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

/s/ Rose F. Luzon

ROSE F. LUZON (SBN 221544)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
401 West A St., Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (619) 234-7334
rluzon@sfmslaw.com